HARRY G. PULLMAN, Respondent, v. SAIA STERNGASS, Appellant.— Judgment of an official referee permanently restraining appellant and others from interference with the use by respondent of certain facilities located upon real property leased to respondent, from interfering with the quiet enjoyment of the premises, and directing the removal of obstructions and fences, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Nolan, Sneed and Wenzel, JJ. [See *post*, p. 816.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD O. KNETTEL, Appellant.— Judgment of the County Court of Nassau County, convicting defendant of the crime of receiving stolen goods and sentencing him to imprisonment in the county jail for a period of one year, modified on the facts by reducing the term of the imprisonment to the time already served. As thus modified, the judgment is unanimously affirmed. In our opinion, the sentence imposed was too severe. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WHITESTONE BOOSTERS CIVIO ASSOCIATION, INC., Appellant.— Judgment of a Court of Special Sessions of the City of New York, Borough of Queens, held by a city magistrate, convicting the defendant of a violation of section 340 of the Sanitary Code of the City of New York in that it operated a " bathing establishment " without obtaining a license, unanimously affirmed. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ. [191 Misc. 121.]

M. E. SCHOEN CORPORATION, Respondent, v. BANK OF CHINA, Appellant.— In an action to recover upon a letter of credit, summary judgment striking out defendant's amended answer and awarding recovery to plaintiff, under rule 113 of the Rules of Civil Practice, after reargument of motion therefor, reversed, with $10 costs and disbursements, and the motion denied, with $10 costs. In our opinion the discrepancies between the specified requirements of the letter of credit and the documents presented by respondent warranted refusal by appellant to honor respondent's drafts, if objection thereto were not waived by appellant. (*Bank of Italy* v. *Merchants Nat. Bank*, 236 N. Y. 106; *Lamborn* v. *Lake Shore Banking & Trust Co.*, 196 App. Div. 504, affd. 231 N. Y. 616.) The papers submitted upon the motion for summary judgment present the issue of whether or not appellant waived such objections, which must await determination by trial. Johnston, Acting P. J., Adel, Nolan, Sneed and Wenzel, JJ., concur.

LEONA SHAW, Respondent-Appellant, v. VERNON SHAW, Appellant-Respondent.— In an action for a separation, in which defendant husband counterclaimed for an annulment on the ground of fraud, judgment, entered after a trial before an official referee, dismissing plaintiff's complaint and defendant's counterclaim, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Johnston, Acting P. J., Adel, Nolan, Sneed, and Wenzel, JJ. [See *post*, p. 854.]

ANNA H. SOFFIOTI, Respondent, v. ATLAS ASSURANCE COMPANY, LTD. OF LONDON, ENGLAND, Appellant.— In an action to recover for the loss of property destroyed by fire, in accordance with the terms of a policy of insurance issued by defendant, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.